# Third District Court of Appeal

## State of Florida

Opinion filed March 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-718
Lower Tribunal No. 13-5270 SP

_____

## United Automobile Insurance Company,
Appellant,

vs.

## Millennium Radiology, LLC, a/a/o Serafin Jaramillo,
Appellee.

An Appeal from the County Court for Miami-Dade County, Myriam Lehr, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A. and David B. Pakula (Pembroke Pines); Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale), for appellee.

Before LOGUE, HENDON, and LOBREE, JJ.

PER CURIAM.

We reverse and remand consistent with our recent decision in United Automobile Insurance Company v. Millennium Radiology, LLC, 47 Fla. L. Weekly D175, D177 (Fla. 3d DCA Jan. 12, 2022) ("Millennium's 'identity' is

not the same in each of these cases against United Auto; Millennium draws its identity from its assignor from case to case. The identity element of collateral estoppel, therefore, is not satisfied.").